No. 515.   W. E. B. DuBois Clubs of America et al. v. Clark, Attorney General, et al., 389 U. S. 309;

No. 675.   Township of Springfield v. Green et al., 389 U. S. 331;

No. 696.   Alpha Enterprises, Inc. v. City of Houston et al., 389 U. S. 1005;

No. 698.   Farmers Co-operative Elevator Association Non-Stock of Big Springs, Nebraska v. Strand, 389 U. S. 1014; and

No. 197, Misc.   Hillery v. California, 389 U. S. 986. Petitions for rehearing denied.

January 24, 1968.

Nos. 778, 779, 830–836.   Penn-Central Merger and N & W Inclusion Cases, 389 U. S. 486.   Motion of the United States and Interstate Commerce Commission for immediate issuance of judgment granted.   Mr. Justice Marshall took no part in the consideration or decision of this motion.   *Solicitor General Griswold, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al. on the motion.   *Hugh B. Cox* and *Henry P. Sailer* for Pennsylvania Railroad Co. et al., and *Joseph Auerbach* and *Morris Raker* for Smith et al., trustees of the property of New York, New Haven & Hartford Railroad Co., in support of the motion.   *Harvey Gelb, Gordon P. MacDougall, Leon H. Keyserling* and *Israel Packel* for the City of Scranton et al., in opposition.

January 25, 1968.

No. 768, Misc.   Shipp v. California.   Ct. App. Cal., 2d App. Dist.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.